UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-mj-00080 (MAU) |
| | : | |
| TRICIA MONIQUE LACOUNT, | : | |
| | : | |
| Defendant. | : | |

CONSENT MOTION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to continue the status conference set for Tuesday, July 18, 2023, in the above-captioned matter, for approximately 60 days, until September 14, 2023, or a date convenient to the Court. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and to review discovery productions.

The parties request that the Court exclude the time until the status conference on September 14, 2023, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                            MATTHEW M. GRAVES
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 481 052

By:    s/ *Sarah W. Rocha*
           SARAH W. ROCHA
           Trial Attorney
           D.C. Bar No. 977497
           219 S. Dearborn Street, Fifth Floor
           Chicago, Illinois 60604
           Telephone:  202-330-1735
           sarah.wilsonrocha@usdoj.gov