# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-mj-00080 (MAU) |
| : | |
| TRICIA MONIQUE LACOUNT, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status conference on September 14, 2023, be continued for good cause to November 14, 2023 at 12:30 p.m.; and it is further

ORDERED that the time between September 14, 2023, and November 14, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continuing negotiating a potential pretrial resolution and the parties additional time to review discovery.

Date: September 8, 2023

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge